# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL JOHNSON                                                                                          PLAINTIFF

v.                                          NO. 3:15-cv-00220 PSH

CAROLYN W. COLVIN, Acting Commissioner                                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 15th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE